■ CHRISTINE BALIVA et al., Appellants, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al., Respondents. (Appeal No. 1.) [730 NYS2d 920] —Order unanimously affirmed without costs. Same Memorandum as in *Baliva v State Farm Mut. Auto. Ins. Co.* (286 AD2d 948 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Discovery.) Present—Pigott, Jr., P. J., Pine, Wisner, Burns and Lawton, JJ.